69617, 69618. HOLBROOK v. THE STATE (two cases).
(326 SE2d 240)

DEEN, Presiding Judge.

Effective July 1, 1984, appeals from revocation of probation are only considered following the grant of a discretionary appeal. OCGA § 5-6-35 (a) (5). As appellants have failed to apply for a discretionary appeal, a direct appeal will not be considered by this court.

*Appeal dismissed. McMurray, P. J., and Sognier, J., concur.*

DECIDED JANUARY 8, 1985.

*Harold N. Wollstein*, for appellant (case no. 69617).
*James C. Wyatt*, for appellant (case no. 69618).
*F. Larry Salmon, District Attorney, Robert Engelhart, Assistant District Attorney*, for appellee.